Eugene J. Martinez, Esq.
LAW OFFICES OF MARTINEZ & ASSOCIATES
146 Central Avenue
Salinas, California 93901
Telephone: (831) 754-1234
Facsimile: (831) 751-7797
CA State Bar No. 81209

Attorney for defendant, Faustino Gonzales

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR 07-00248 WBS |
| Plaintiff, | ) | [Mag. Case No.: CR-07-70387-PVT] |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FAUSTINO GONZALES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED, that the terms and conditions of defendant Faustino Gonzales' Pretrial Release be modified as follows :

1. That the defendant may not travel outside of the jurisdiction of the Northern District with the following expanded exceptions: The defendant may travel to and through the counties of Fresno, Merced, Stanislaus, San Joaquin, Solano, and Sacramento in the course of his employment duties with Professional Service Industries (PSI) , Inc.

All other conditions of release as stated in the record remain in full force and effect.

Dated: April 1, 2010.

_____
U.S. MAGISTRATE JUDGE