Eugene J. Martinez, Esq.
Law Offices of Martinez & Associates
146 Central Ave.
Salinas, California 93901
Telephone: (831) 754-1234
State Bar No. 81209

Attorney for defendant, Faustino Gonzales

FILED
NOV 15 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No.: CR-07-0248-WBS |
| ) | |
| Plaintiff, ) | |
| vs. ) | **SUBSTITUTION OF ATTORNEY** |
| ) | |
| FAUSTINO GONZALES, ) | |
| ) | |
| Defendant, et al. ) | |

TO: THE ABOVE ENTITLED DISTRICT COURT AND THE UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF CALIFORNIA:

The defendant, Faustino Gonzales, hereby moves the court to substitute attorney Evans Prieston, 75 Rowland Way, Suite 350, Novato, California, in place of the attorney of record, Eugene J. Martinez.

Dated: November 11, 2010          Signed: _____
                                          Faustino Gonzales

Dated: November 11, 2010          Signed: _____
                                          Eugene J. Martinez
                                          Attorney at Law

1
2  Dated: November 11, 2010            Signed: _____
3                                              Evans Prieston
                                                Attorney at Law
4  IT IS SO ORDERED.
5
6  Dated: 11/15, 2010                  Signed: _____
                                            HONORABLE WILLIAM B. SHUBB
7
8
...
25

*U.S. v. Faustino Gonzales*                Page 2
Substitution of Attorney