| | |
|---|---|
| 1 | Evans D. Prieston, CSB No. 100097 |
| | Law Office of Ruben Munoz |
| 2 | 111 West St. John Street, Ste. 555 |
| | San Jose, California 95113 |
| 3 | Telephone: (408) 287-6666 |
| | Facsimile: (408) 287-6660 |
| 4 | |
| | Attorneys for Defendant |
| 5 | FAUSTINO GONZALES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:07-cr-00248-16 WBS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING THE JUDGMENT AND SENTENCING HEARING** |
| v. | |
| FAUSTINO GONZALES, | Date: August 29, 2011 |
| | Time: 8:30 a.m. |
| Defendant. | Judge: William B. Shubb |

It is hereby stipulated by and between Evans D. Prieston, counsel for defendant Faustino Gonzales, and Jason Hitt, Assistant United States Attorney, counsel for the United States of America, that the judgment and sentencing hearing now set for August 29, 2011 be vacated, and that the judgment and sentencing hearing be set for October 17, 2011 at 8:30 a.m.

Dated: July 28, 2011          Respectfully Submitted,


By: /s/ Evans D. Prieston
    Evans D. Prieston
    Attorney for Defendant Faustino Gonzales

Dated: July 28, 2011          BENJAMIN B. WAGNER
                              United States Attorney


By: /s/ Jason Hitt (as authorized on 7/28/11)
    Jason Hitt, Assistant U.S. Attorney
    Attorney for Plaintiff United States of America

-1-

**ORDER**

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the judgment and sentencing hearing scheduled for August 29, 2011, is vacated, and the matter is set for judgment and sentencing to occur on October 17, 2011 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  July 29, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE