UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FAUSTINO GONZALES,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CR. NO. 2:07-0248-16 WBS<br><br>ORDER |

----oo0oo----

On March 8, 2017, defendant Faustino Gonzales filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 1507.) The United States shall file a response to petitioner's motion no later than April 5, 2017. Petitioner may then file a reply no later than April 26, 2017. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  March 8, 2017

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1